## Commonwealth *v.* Cannon, Appellant.

Argued December 4, 1974. *Emmanuel H. Dimitriou,* for appellant; *Grant E. Wesner,* Deputy District Attorney, with him *Robert L. VanHoove,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

VAN DER VOORT, J., absent.

## Commonwealth *v.* Evan, et al., Appellants.

Argued December 4, 1974. *Robert E. Levy,* with him *Anthony D. Miele,* for appellants; *James E. Davis,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed; petition for reargument refused March 17, 1975.

VAN DER VOORT, J., absent.